ACCEPTED
03-14-00169-CR
4205417
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 9:42:33 AM
JEFFREY D. KYLE
CLERK

**Nos. 03-14-00169-CR**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **THIRD JUDICIAL DISTRICT** |
| **JOSE EDUARDO TORRES** | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 9:42:33 AM
JEFFREY D. KYLE
Clerk

## APPELLANT'S EMERGENCY MOTION FOR EXPEDITED CONSIDERATION

From the 207th District Court of Comal County, Texas
Trial Court No. CR2013-127
Hon. Bruce Boyer, Judge Presiding

All briefs in Appellant's case have been submitted. Appellant's case was designated as "Ready to be Set" on October 23, 2014. Thus far, no submission date has been set.

On Thursday February 12, 2015, Appellant's order of removal was affirmed by the Board of Immigration Appeals. Appellant is scheduled to be deported from the United States at any time. Appellant has ninety (90) days to file a Motion to Reopen his immigration case, the success of which is dependent upon the outcome of this habeas appeal. Appellant's counsel respectfully, and humbly, asks this Court to consider expediting consideration of his appeal, with a resolution on or before Monday May 4, 2015.

Counsel understands the vast number appeals pending before this Court and understands the Court reaches each case as quickly as it can. It is only due to Appellant's dire situation that he makes this extraordinary request. Once Appellant's time to file a Motion to Reopen is over, the odds of his ability to return to the United States even if he were to succeed in this habeas appeal are extremely remote. Counsel makes this request only with the intention of representing his client zealously and doing all he can to protect his interests.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the Appellant's request.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By:    <u>/s/ Robert A. Jimenez</u>
        SBN: 24059125

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of February, 2015 a copy of the foregoing "Motion for Extension of Time to File Motion for Rehearing" has been electronically filed with this Court, and served on the Comal County District Attorney's Office.

/s/ ROBERT A. JIMENEZ